# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH DESYLVA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-01661-SAB<br><br>ORDER GRANTING KIRA TREYVUS' *PRO HAC VICE* APPLICATION<br><br>(ECF No. 6) |

The Court has read and considered the application of Kira Treyvus., attorney for Plaintiff Elizabeth Desylva, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District. (ECF No. 6.) Having reviewed the application, Kira Treyvus' application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __December 11, 2023__                              _____
                                                                                 UNITED STATES MAGISTRATE JUDGE

1